NONPRECEDENTIAL DISPOSITION
To be cited only in accordance with Fed. R. App. P. 32.1

# United States Court of Appeals

**For the Seventh Circuit**
**Chicago, Illinois  60604**

Argued February 24, 2009
Decided February 25, 2009

**Before**

ILANA DIAMOND ROVNER, *Circuit Judge*

DIANE P. WOOD, *Circuit Judge*

DIANE S. SYKES, *Circuit Judge*

No. 08-3344

| | |
|---|---|
| SANDRA T.E., et al., | Appeal from the |
| *Plaintiffs-Appellees*, | United States District Court |
| | for the Northern District |
| *v.* | of Illinois, Eastern Division. |
| | |
| SOUTH BERWYN SCHOOL DISTRICT 100, | No. 05 CV 473 |
| *Defendant-Appellant*, | |
| | **William J. Hibbler**, |
| *and* | *Judge*. |
| | |
| SIDLEY AUSTIN LLP, | |
| *Appellant*. | |

**O R D E R**

Appellants Sidley Austin LLP and South Berwyn School District 100 appeal from an order requiring Sidley to disclose notes and memoranda from interviews of various school-district employees and third-party witnesses conducted as part of an internal investigation

the School Board retained Sidley to perform.  The appeal was argued on February 24, 2009, and plaintiffs-appellees have asked us to decide it quickly to assist their preparations for an August 2009 trial.

We conclude that the materials covered by the district court's order are protected by the attorney-client privilege and the work-product doctrine.  Accordingly, we REVERSE the district court's order.  An opinion will follow.